UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JENNIFER A. FLECK, ) | CASE NO. 5:15-cv-00316-JRA |
| ) | |
| Plaintiff, ) | JUDGE JOHN R. ADAMS |
| ) | |
| -vs- ) | |
| ) | MEMORANDUM OF OPINION |
| COMMISSIONER ) | AND ORDER |
| OF SOCIAL SECURITY ) | |
| ) | |
| Defendant. ) | |

The Social Security Administration denied Plaintiff's application for Period of Disability and Disability Insurance Benefits under Title II of the Social Security Act (42 U.S.C. §§ 416(i), 423) in the above-captioned case. Plaintiff sought judicial review of the Commissioner's decision, and the case was referred to Magistrate Judge Vecchiarelli for preparation of a report and recommendation pursuant to 28 U.S.C. § 636 and Local Rules 72.2(b)(1). The Magistrate Judge submitted a report and recommendation (Doc. 17) that this Court dismiss the underlying action.

Fed. R. Civ. P. 72(b) provides that the parties may object to a report and recommendation within fourteen (14) days after service. To date, no objections have been filed. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984); *Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the report and recommendation of the Magistrate Judge is hereby adopted. This action is dismissed.

IT IS SO ORDERED.

Dated: <u>October 5, 2015</u>                    /s/ John R. Adams_____
                                                  UNITED STATES DISTRICT JUDGE